# EXHIBIT L



# INVOICE

**tricolor corporation**

NOV 03 1989 metro® is the Trademark of Tricolor Corporation
DATA PROCESSING

P.O. BOX 1240  Las Cruces, New Mexico 88004  U.S.A.
TEL: 505-526-0944   FAX: 505-526-4626
TLX: 910-983-0553   DUNS: 05-821-1665

Invoice No. 028124
Invoice Date 11/02/89
Order #

SOLD TO: Bathtique #754
790 S Road C-214
Poughkeepsie Galeria
Poukeepsie, NY 12601

SHIPPED TO: Bathtique #754
790 S Road C-214
Poughkeepsie Galeria
Poukeepsie, NY 12601

| CUSTOMER # | P.O. # | DEPT # | SALESPERSON | TERMS: | PAGE # |
|---|---|---|---|---|---|
| C1202 | 62502 | | 240 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 8 | 0980401 | 9800 White Lb/Kg | 2 | 25.52 | $204.16 |
| 8 | 8 | 0950501 | 9500 WHITE | 2 | 8.55 | $68.40 |

PAID
3-5-90
pd 156.37
partial pmt balance to follow
bal due $156.37

CONFIDENTIAL
H 407

| DATE SHIPPED: | 11/02/89 | TOTAL CARTONS | 4 |
|---|---|---|---|
| SHIPPED VIA: | UPS | TOTAL WEIGHT | 82 Lbs. |
| FOB: | Las Cruces, NM | DISCOUNT | $.00 |

COMMENTS:  LLM

| | |
|---|---|
| SALE AMOUNT | $272.56 |
| MISC. CHARGES | $.00 |
| SALES TAX | $.00 |
| FREIGHT | $40.18 |
| TOTAL | $312.74 |

INTEREST WILL BE CHARGED AT 1 1/2% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

SCALES SINCE 1888



**tricolor corporation**

P.O. Box 1240  Las Cruces, New Mexico 88004  U.S.A.
TEL: 505-526-0944        FAX: 505-526-4626
TLX: 910-983-0553        DUNS: 05-821-1665

**metro** — the Trademark of Tricolor Corporation

Invoice No. 010140
Invoice Date 06/14/90
Order # 004705

SOLD TO: Bathtique #814
Yonkers Plaza
2221 Central Park Ave.
Yonkers, NY 10710

SHIPPED TO: Bathtique #814
Yonkers Plaza
2221 Central Park Ave.
Yonkers, NY 10710

| CUSTOMER # | P.O. # | DEPT. # | SALESPERSON | TERMS: | PAGE # |
|---|---|---|---|---|---|
| C1172 | 85182 | | 240 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 8 | 0950501 | 9500 WHITE | 2 | 8.55 | $68.40 |
| 4 | 4 | 0980401 | 9800 White Lb/Kg | 1 | 25.52 | $102.08 |
| 4 | 4 | 0980407 | 9800 Charcoal Lb/Kg | 1 | 25.52 | $102.08 |

*Turned over to Jacobs & Fine 1/2/91*

H 00000983

**CONFIDENTIAL**

DATE SHIPPED: 6/15/90
SHIPPED VIA: UPS
FOB: Las Cruces, NM

TOTAL CARTONS: 4
TOTAL WEIGHT: 82 lbs.

SALE AMOUNT  $272.56
DISCOUNT  $.00
MISC. CHARGES  $.00
SALES TAX  $.00
FREIGHT  $40.56
TOTAL  $313.12

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

**THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT**

**SCALES SINCE 1888**


# tricolor corporation

P.O. Box 1240  Las Cruces, New Mexico 88004 U.S.A.
TEL: 505-526-0944   FAX: 505-526-4626
TLX: 910-983-0553   DUNS: 05-821-1665

**metro** is the Trademark of Tricolor Corporation
Invoice No. 010686
Invoice Date 08/16/90
Order # _____

SOLD TO: Bathtique #772
7543 Dadeland Mall
Miami, FL 33156

SHIPPED TO: Bathtique #772
7543 Dadeland Mall
Miami, FL 33156

| CUSTOMER # | P.O. # | DEPT. # | SALESPERSON | TERMS: | PAGE # |
|---|---|---|---|---|---|
| C1201 | 57855 | | 240 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 8 | 0980401 | 9800 White Lb/Kg | 2 | 25.52 | $204.16 |
| 4 | 4 | 0980407 | 9800 Charcoal Lb/Kg | 1 | 25.52 | $102.08 |
| 4 | 4 | 0950510 | 9500 Charcoal | 1 | 8.55 | $34.20 |
| 8 | 8 | 0950501 | 9500 WHITE | 2 | 8.55 | $68.40 |

*turned over to Jacobs & Fine 1/2/91*

H 00000984

**CONFIDENTIAL**

| DATE SHIPPED: 8-16-90 | TOTAL CARTONS | 6 |
|---|---|---|
| SHIPPED VIA: UPS | TOTAL WEIGHT | 123 lbs |
| FOB: Las Cruces, NM | SALE AMOUNT | $408.84 |
| | DISCOUNT | $.00 |
| | MISC. CHARGES | $.00 |
| | SALES TAX | $.00 |
| | FREIGHT | $51.87 |
| | TOTAL | $460.71 |

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

SCALES SINCE 1888



**tricolor corporation**

P.O. Box 1240   Las Cruces, New Mexico 88004 U.S.A.
TEL: 505-526-0944   FAX: 505-526-4626
TLX: 910-983-0553   DUNS: 05-821-1665

**metro®** The Trademark of Tricolor Corporation

Invoice No. 010915
Invoice Date 09/13/90
Order # 005617

SOLD TO: Stuart's
16 Forge Parkway
Franklin, MA 02038

SHIPPED TO: Stuart's
Dept 53
16 Forge Parkway
Franklin, MA 02038

| CUSTOMER # | P.O. # | DEPT. # | SALESPERSON | TERMS: | PAGE # |
|---|---|---|---|---|---|
| C1823 | 152119 | 53 | 370 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 124 | 124 | 0200301 | 2000 White Lb | 31 | 5.25 | $651.00 |
| 96 | 96 | 0200314 | 2000 Almond Lb | 24 | 5.25 | $504.00 |
| 32 | 32 | 0831501 | 8310 Ch Lb | 8 | 7.03 | $224.96 |
| 28 | 28 | 0833501 | 8330 GR/Col St Lb | 7 | 7.03 | $196.84 |
| 24 | 24 | 0220501 | 2200 White | 6 | 7.73 | $185.52 |
| 24 | 24 | 0220505 | 2200 Slate Blue | 6 | 7.73 | $185.52 |
| 20 | 20 | 0220502 | 2200 Tea Rose | 5 | 7.73 | $154.60 |
| 28 | 28 | 0850507 | 8500 Buly 300 Lb Blk | 7 | 7.38 | $206.64 |
| 28 | 28 | 0850501 | 8500 Buly 300 Lb Wht | 7 | 7.38 | $206.64 |
| 20 | 20 | 0820504 | 8200 LB Peach | 5 | 8.32 | $166.40 |
| 16 | 16 | 0820514 | 8200 LB Almond | 4 | 8.32 | $133.12 |
| 20 | 20 | 0820505 | 8200 Sl Bl | 5 | 8.32 | $166.40 |
| 32 | 32 | 0270307 | 2700 SG Digital Black | 8 | 17.21 | $550.72 |

CONFIDENTIAL
H 398

DATE SHIPPED: 9-13-90
SHIPPED VIA: Roadway - Collect
FOB: Las Cruces, NM

| TOTAL CARTONS | 123 |
| TOTAL WEIGHT | 1,889 lbs |
| SALE AMOUNT | $3,532.36 |
| DISCOUNT | $.00 |
| MISC. CHARGES | $.00 |
| SALES TAX | $.00 |
| FREIGHT | $.00 |
| TOTAL | $3,532.36 |

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

**SCALES SINCE 1888**



**tricolor corporation**

P.O. Box 1240  Las Cruces, New Mexico 88004 U.S.A.
TEL: 505-526-0944    FAX: 505-526-4626
TLX: 910-983-0553    DUNS: 05-821-1665

**metro®** is a Trademark of Tricolor Corporation

Invoice No. 011057
Invoice Date 09/27/90
Order # 005760

SOLD TO: Stuart's
16 Forge Parkway
Franklin, MA 02038

SHIPPED TO: Stuart's Dept. Store
Dept. 53
9 Forge Parkway
Franklin MA 02038

| CUSTOMER # | P.O. # | DEPT. # | SALESPERSON | TERMS: | PAGE # |
|---|---|---|---|---|---|
| C1823 | 179973 | 53 | 370 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 68 | 68 | 0200301 | 2000 White Lb | 17 | 5.25 | $357.00 |
| 68 | 68 | 0200314 | 2000 Almond Lb | 17 | 5.25 | $357.00 |
| 16 | 16 | 0831501 | 8310 Ch Lb | 4 | 7.03 | $112.48 |
| 16 | 16 | 0833501 | 8330 GR/Col St Lb | 4 | 7.03 | $112.48 |
| 16 | 16 | 0220501 | 2200 White | 4 | 7.73 | $123.68 |
| 12 | 12 | 0220505 | 2200 Slate Blue | 3 | 7.73 | $92.76 |
| 16 | 16 | 0220502 | 2200 Tea Rose | 4 | 7.73 | $123.68 |
| 20 | 20 | 0850507 | 8500 Buly 300 Lb Blk | 5 | 7.38 | $147.60 |
| 16 | 16 | 0850501 | 8500 Buly 300 Lb Wht | 4 | 7.38 | $118.08 |
| 8 | 8 | 0820504 | 8200 LB Peach | 2 | 8.32 | $66.56 |
| 12 | 12 | 0820514 | 8200 LB Almond | 3 | 8.32 | $99.84 |
| 12 | 12 | 0820505 | 8200 Sl Bl | 3 | 8.32 | $99.84 |
| 16 | 16 | 0270307 | 2700 SG Digital Black | 4 | 17.21 | $275.36 |

CONFIDENTIAL
H 399

DATE SHIPPED: 9-27-90
SHIPPED VIA: Roadway - Collect
FOB: Las Cruces, NM

| TOTAL CARTONS | 74 |
|---|---|
| TOTAL WEIGHT | 1,134 lbs |
| SALE AMOUNT | $2,086.36 |
| DISCOUNT | $.00 |
| MISC. CHARGES | $.00 |
| SALES TAX | $.00 |
| FREIGHT | $.00 |
| TOTAL | $2,086.36 |

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

SCALES SINCE 1888



**tricolor corporation**

P.O. Box 1240  Las Cruces, New Mexico 88004 U.S.A.
TEL: 505-526-0944        FAX: 505-526-4626
TLX: 910-983-0553        DUNS: 05-821-1665

**metro®** The Trademark of Tricolor Corporation

Invoice No. 011173
Invoice Date 10/09/90
Order # 005931

SOLD TO: Stuart's
16 Forge Parkway
Franklin, MA 02038

SHIPPED TO: Stuarts Dept. Stores
9 Forge Parkway, Dept. 53
Franklin, MA 02038

| CUSTOMER # | P.O. # | DEPT. # | SALESPERSON | TERMS | PAGE # |
|---|---|---|---|---|---|
| C1823 | 31819 | 53 | 370 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 80 | 80 | 0200301 | 2000 White Lb | 20 | 5.25 | $420.00 |
| 76 | 76 | 0200314 | 2000 Almond Lb | 19 | 5.25 | $399.00 |
| 32 | 32 | 0831501 | 8310 Ch Lb | 8 | 7.03 | $224.96 |
| 28 | 28 | 0833501 | 8330 GR/Col St Lb | 7 | 7.03 | $196.84 |
| 24 | 24 | 0220501 | 2200 White | 6 | 7.73 | $185.52 |
| 24 | 24 | 0220505 | 2200 Slate Blue | 6 | 7.73 | $185.52 |
| 24 | 24 | 0220502 | 2200 Tea Rose | 6 | 7.73 | $185.52 |
| 20 | 20 | 0850507 | 8500 Buly 300 Lb Blk | 5 | 7.38 | $147.60 |
| 20 | 20 | 0850501 | 8500 Buly 300 Lb Wht | 5 | 7.38 | $147.60 |
| 12 | 12 | 0820504 | 8200 LB Peach | 3 | 8.32 | $99.84 |
| 12 | 12 | 0820514 | 8200 LB Almond | 3 | 8.32 | $99.84 |
| 24 | 24 | 0820505 | 8200 Sl Bl | 3 | 8.32 | $199.68 |
| 24 | 24 | 0270307 | 2700 SG Digital Black | 6 | 17.21 | $413.04 |

CONFIDENTIAL
H 400

DATE SHIPPED: 10-9-90
SHIPPED VIA: Roadway -Collect
FOB: Las Cruces, NM 88001

| TOTAL CARTONS | 100 |
| TOTAL WEIGHT | 1,536 lbs |
| SALE AMOUNT | $2,904.96 |
| DISCOUNT | $.00 |
| MISC. CHARGES | $.00 |
| SALES TAX | $.00 |
| FREIGHT | $.00 |
| TOTAL | $2,904.96 |

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

SCALES SINCE 1888



**Tricolor Corporation**

P.O. Box 1240  Las Cruces, New Mexico 88004  U.S.A.
TEL: 505-526-0944        FAX: 505-526-4626
TLX: 910-983-0553        DUNS: 05-821-1665

metro is the Trademark of Tricolor Corporation

Invoice No. 011286
Invoice Date 10/17/90
Order # 006072

SOLD TO: Stuart's
16 Forge Parkway
Franklin, MA 02038

SHIP TO: Stuarts Dept. Stores
Dept. 53
9 Forge Parkway
Franklin, MA 02038

SHIPPED TO: Stuarts Dept. Stores
Dept. 53
9 Forge Parkway
Franklin, MA 02038

| Customer # | P.O. # | Dept. # | Salesperson | Terms: | Page # |
|---|---|---|---|---|---|
| C1823 | 32650 | 53 | 370 | Net 60 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Dept # | Description | Color | Shipped | # of Cartons | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 12 | 0200301 | 2000 | White Lb | WHITE | | 3 | 5.25 | $63.00 |
| 12 | 12 | 0200314 | 2000 | Almond Lb | | | 3 | 5.25 | $63.00 |
| 4 | 4 | 0831501 | 8310 | Ch Lb | | | 1 | 7.03 | $28.12 |
| 4 | 4 | 0833501 | 8330 | GR/Col St Lb | | | 1 | 7.03 | $28.12 |
| 4 | 4 | 0220501 | 2200 | White | | | 1 | 7.73 | $30.92 |
| 4 | 4 | 0220505 | 2200 | Slate Blue | | | 1 | 7.73 | $30.92 |
| 4 | 4 | 0220502 | 2200 | Tea Rose | | | 1 | 7.73 | $30.92 |
| 8 | 8 | 0850507 | 8500 | Buly 300 Lb Blk | | | 2 | 7.38 | $59.04 |
| 8 | 8 | 0850501 | 8500 | Buly 300 Lb Wht | | | 2 | 7.38 | $59.04 |
| 4 | 4 | 0820504 | 8200 | LB Peach | | | 1 | 8.32 | $33.28 |
| 12 | 12 | 0820514 | 8200 | LB Almond | ROSE | | 3 | 8.32 | $99.84 |
| 12 | 12 | 0820505 | 8200 | Sl Bl | | | 3 | 8.32 | $99.84 |
| 8 | 8 | 0270307 | 2700 | SB Digital Black | | | 2 | 17.21 | $137.68 |

2500 WHITE
8200 PEACH
8200 SL BLUE          1
8200 ALMOND           1
2600 ALMOND           2
2700 ...

DATE SHIPPED: 10-17-90
SHIPPED VIA: Roadway - Collect
FOB: Las Cruces, NM

| | |
|---|---|
| TOTAL CARTONS | 24 |
| TOTAL WEIGHT | 378 lbs |
| SALE AMOUNT | $763.72 |
| DISCOUNT | $.00 |
| MISC. CHARGES | $.00 |
| SALES TAX | $.00 |
| FREIGHT | $.00 |
| TOTAL | $763.72 |

TOTAL CARTONS SHIPPED

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

CONFIDENTIAL
H 401

**SCALES SINCE 1888**



**metro**® is the Trademark of Tricolor Corporation

P.O. Box 1240  Las Cruces, New Mexico 88004  U.S.A.
TEL: 505-526-0944     FAX: 505-526-4626
TLX: 910-983-0553     DUNS: 05-821-1665

Invoice No. 011525
Invoice Date 11/08/90
Order # 006352

SOLD TO: Stuart's
16 Forge Parkway
Franklin, MA 02038

SHIPPED TO: Stuarts Dept. Store
Dept. 53
9 Forge Parkway
Franklin, MA 02038

| CUSTOMER # | P.O. # | DEPT. # | SALESPERSON | TERMS: | PAGE # |
|---|---|---|---|---|---|
| C1823 | 32655 | 53 | 370 | Net 30 days | 1 |

| Quantity Ordered | Quantity Shipped | Item # | Description | # of Cartons | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|
| 84 | 84 | 0200301 | 2000 White Lb | 21 | 5.25 | $441.00 |
| 84 | 84 | 0200314 | 2000 Almond Lb | 21 | 5.25 | $441.00 |
| 40 | 40 | 0831501 | 8310 Ch Lb | 10 | 7.03 | $281.20 |
| 36 | 36 | 0833501 | 8330 GR/Col St Lb | 9 | 7.03 | $253.08 |
| 16 | 16 | 0220501 | 2200 White | 4 | 7.73 | $123.68 |
| 8 | 8 | 0220502 | 2200 Tea Rose | 2 | 7.73 | $61.84 |
| 40 | 40 | 0850507 | 8500 Buly 300 Lb Blk | 10 | 7.38 | $295.20 |
| 36 | 36 | 0850501 | 8500 Buly 300 Lb Wht | 9 | 7.38 | $265.68 |
| 20 | 20 | 0820514 | 8200 LB Almond | 5 | 8.32 | $166.40 |
| 16 | 16 | 0820505 | 8200 Sl Bl | 4 | 8.32 | $133.12 |
| 24 | 24 | 0270307 | 2700 SG Digital Black | 6 | 17.21 | $413.04 |

CONFIDENTIAL

H 402

DATE SHIPPED: 11/07/90
SHIPPED VIA: Roadway - Collect
FOB: Las Cruces, NM

| TOTAL CARTONS | 101 |
| TOTAL WEIGHT | 1545 lbs. |
| SALE AMOUNT | $2,875.24 |
| DISCOUNT | $.00 |
| MISC. CHARGES | $.00 |
| SALES TAX | $.00 |
| FREIGHT | $.00 |
| TOTAL | $2,875.24 |

INTEREST WILL BE CHARGED AT 1½% PER MONTH
THIS EQUALS AN 18% ANNUAL RATE.

THANK YOU FOR YOUR ORDER
PLEASE PAY BY INVOICE
NO STATEMENT WILL BE SENT

SCALES SINCE 1888