IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUNBEAM PRODUCTS, INC.,

    Plaintiff,

v.

HOMEDICS, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-376-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant HoMedics, Inc. with respect to plaintiff Sunbeam Products, Inc.'s claims 1-9 for infringement of United States Patent No. 5,133,420 and all remaining claims and counterclaims are dismissed without prejudice.

_____      10/15/09
Peter Oppeneer, Clerk of Court             Date