**ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ56838*

| Invoice Date | Terms |
|---|---|
| 06/12/2009 | NET 30 |

| Date of Loss | |
|---|---|
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

JOHN HALAN ,ESQ.
BROOKS KUSHMAN, PC
22ND FLOOR
1000 TOWN CENTER
SOUTHFIELD, MI 48075

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | SUNBEAM vs. HOMEDICS | 54383 | 06/04/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 05/21/2009, ANSON WONG | | | |
| ORIGINAL & ONE COPY - VIDEO/WORD INDEX | $ 927.22 | 1.00 | $ 927.22 |
| EXHIBITS | $ 444.40 | 1.00 | $ 444.40 |
| VIDEO | $ 1,732.50 | 1.00 | $ 1,732.50 |
| APPEARANCE FEE (8.50 Units) | $ 32.50 | 8.50 | $ 276.25 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 3,429.37 |
| DELIVERY - OTHER | | | $ 11.15 |
| | | | $ 11.15 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 3,440.52 |
| Paid: | $ 3,440.52 |
| **Balance Due :** | **$ 0.00** |
| **Payment Due:** | **07/12/2009** |
| After 07/27/2009 Pay This Amount: | $ 0.00 |

**Tax Number:  22-3779684**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ56838
Invoice Date: 06/12/2009
Balance: $ 0.00
Due Date: 07/12/2009
Late Date: 07/27/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069 0000056838 06122009 8 000000000 0 07122009 07272009 8 000000000 01

*Exhibit E*