


Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ56972

| Invoice Date | Terms |
|---|---|
| 06/12/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JOHN HALAN ,ESQ.
BROOKS KUSHMAN, PC
22ND FLOOR
1000 TOWN CENTER
SOUTHFIELD, MI 48075

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/22/2009 | SUNBEAM vs. HOMEDICS | 55409 | 06/04/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 05/22/2009, ANSON WONG | | | |
| ORIGINAL & ONE COPY - VIDEO/WORD INDEX (87 Pages) | $ 3.97 | 87.00 | $ 345.39 |
| EXHIBITS | $ 58.95 | 1.00 | $ 58.95 |
| VIDEO | $ 250.00 | 1.00 | $ 250.00 |
| APPEARANCE FEE (2 Units) | $ 32.50 | 2.00 | $ 65.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 768.34 |
| DELIVERY - OTHER | | | $ 11.15 |
| | | | $ 11.15 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 779.49 |
| Paid: | $ 779.49 |
| **Balance Due :** | **$ 0.00** |
| **Payment Due:** | **07/12/2009** |

**We appreciate your business**
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

Tax Number: 22-3779684

After 07/27/2009 Pay This Amount: $ 0.00

### Method of Payment

Company: Esquire - Troy
Invoice Number: EQ56972
Invoice Date: 06/12/2009
Balance: $ 0.00
Due Date: 07/12/2009
Late Date: 07/27/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number          Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

069 0000056972 06122009 2 000000000 0 07122009 07272009 8 000000000 08

Exhibit F