## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SUNBEAM PRODUCTS, INC. d/b/a JARDEN CONSUMER SOLUTIONS,        )<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>HOMEDICS, INC.,        )<br>)<br>Defendant.        ) | Civil Action No. 3:08-CV-00376-SLC<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following orders and opinions entered in this action on the dates indicated.

1) Opinion and Order Construing Claims dated April 29, 2009 (Docket # 58);

2) Opinion and Order dated October 15, 2009 (Docket # 223);

3) Final judgment entered in this action on October 15, 2009 (Docket # 224); and

4) Opinion and Order denying Motion to Alter or Amend Judgment dated January 20, 2010 (Docket # 235).

Dated: February 3, 2010

Respectfully Submitted,

*/s/* Thomas G. Pasternak_____
Thomas G. Pasternak
Steptoe & Johnson LLP
115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603

- 2 -

Telephone: (312) 577-1265
Facsimile: (312) 577-1370
tpasternak@steptoe.com

William Z. Nakhleh
Tiffany A. Miller
1330 Connecticut Ave NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
wnakhleh@steptoe.com
tmiller@steptoe.com

*Attorneys for Plaintiff Sunbeam Products, Inc.*

**CERTIFICATE OF SERVICE**

I, Thomas G. Pasternak, hereby certify that on February 3, 2010, a copy of SUNBEAM'S NOTICE OF APPEAL was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

JOHN M. HALAN
MARK A. CANTOR
THOMAS W. CUNNINGHAM
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4000
Facsimile: (248) 358-3351
jhalan@brookskushman.com
mcantor@brookskushman.com
tcunningham@brookskushman.com

Date:  February 3, 2010                             By:        /s/ Thomas G. Pasternak

Thomas G. Pasternak
Steptoe & Johnson LLP
115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1265
Facsimile: (312) 577-1370
tpasternak@steptoe.com

William Z. Nakhleh
Tiffany A. Miller
1330 Connecticut Ave NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
wnakhleh@steptoe.com
tmiller@steptoe.com

*Attorneys for Plaintiff Sunbeam Products, Inc.*